# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MARCOS ARAGON,

    Petitioner,

v.                                                                  CV No. 18-190 KWR/CG

FNU BOWEN, *et al*,

    Respondents.

## ORDER EXTENDING SHOW-CAUSE DEADLINE

**THIS MATTER** is before the Court on Marcos Aragon's *Motion for Extension of Time*, (Doc. 18). In his Motion, Mr. Aragon seeks a 90-day extension of the deadline to file a show-cause response regarding the timeliness of his 28 U.S.C. § 2254 petition. The current show-cause deadline is April 19, 2020. Mr. Aragon represents he has limited access to the law library and needs time to obtain copies of his state court docket sheet. The Court finds good cause to grant an extension, but 90 days is excessive. The Court will therefore grant the Motion, in part, and extend the response deadline to May 28, 2020 (*i.e.*, 70 days from entry of the Order to Show Cause).

**IT IS THEREFORE ORDERED** that the *Motion for Extension of Time*, (Doc. 18), is **GRANTED IN PART**, and the deadline to respond to the March 19, 2020 Order to Show Cause is extended through **May 28, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE